

Friday, November 10, 2017

Angela D. Caesar
Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

  Re: *Darioush Radmanesh v. The Islamic Republic of Iran, et al.;* Case No. 1:17-cv-01708
     In the United States District Court for the District of Columbia

Dear Clerk:

  We represent the plaintiff in the above-referenced matter.  I am writing to request that the clerk effect service upon defendants Islamic Republic of Iran and The Iranian Revolutionary Guard Corps pursuant to 28 U.S.C. § 1608(a)(4).  Each of the defendants upon which service is being requested are a "foreign state" or a political subdivision of a foreign state for the purposes of 28 U.S.C. § 1608(a)(4).

  Pursuant to the "Special Note," listed in paragraph f on page 7 of the United States District Court for the District of Columbia's Attorney Manual for Service of Process on a Foreign Defendant, we are requesting service directly through diplomatic channels without attempting service under any other provision first.

  I have enclosed a copy of the ECF Notice of Electronic Filing of this letter and two sets of documents that have been separately collated and made ready for service, one set on each of the above-referenced defendants.  Each set of documents contains:

1. Two (2) copies of the summons in this lawsuit which are addressed to each defendant with translations thereof in Farsi, the official language of the foreign state;

2. For each defendant, two (2) copies of the Complaint in this lawsuit together with translations of such in Farsi, the official language of the foreign state;

3. For each defendant, two (2) copies of the Notice of Suit, meeting the requirements set out in 22 CFR 93.2, together with translations of same into Farsi, the official language of the foreign state;

4. For each defendant, two (2) copies of Plaintiff's offer to arbitrate this matter together with translations of same into Farsi, the official language of the foreign state;

5. Two (2) copies of the FSIA, the statute under which this lawsuit is brought, one for each of the defendants; and

6. Two (2) checks made out to the U.S. Embassy Bern in the amount of $2,275 for the requisite service fees pursuant to 22 CFR 22.1.

We respectfully request that all of the necessary steps be administered so that these materials and cover letter be dispatched in the enclosed prepaid Federal Express package addressed to the Director, Special Consular Services, U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, Washington, D.C. 20522-1710, pursuant to 28 U.S.C. § 1608(a)(4).

Likewise, after this package has been dispatched, we respectfully request that the appropriate docket entry be made.

Thank you very much for your help. If you have any questions or concerns, I can be reached at 214.295.1008 ext. 7. Your call is always welcome.

Respectfully,

Michael Fitzgerald
Managing Paralegal