

Monday, January 22, 2018

Angela D. Caesar
Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

    Re:    *Darioush Radmanesh v. The Islamic Republic of Iran, et al.;* Case No. 1:17-cv-01708
              In the United States District Court for the District of Columbia

Dear Clerk:

    We represent the plaintiff in the above-referenced matter.  I am writing to request that the clerk effect service upon defendants Islamic Republic of Iran and The Iranian Revolutionary Guard Corps pursuant to 28 U.S.C. § 1608(a)(3).  Each of the defendants upon which service is being requested are a "foreign state" or a political subdivision of a foreign state for the purposes of 28 U.S.C. § 1608(a)(3) via DHL.

    I have enclosed a copy of the ECF Notice of Electronic Filing of this letter and two sets of documents that have been separately collated and made ready for service, one set on each of the above-referenced defendants.  Each set of documents contains:

1. Two (2) copies of the summons in this lawsuit which are addressed to each defendant with translations thereof in Farsi, the official language of the foreign state;

2. For each defendant, two (2) copies of the Complaint in this lawsuit together with translations of such in Farsi, the official language of the foreign state;

3. For each defendant, two (2) copies of the Notice of Suit, meeting the requirements set out in 22 CFR 93.2, together with translations of same into Farsi, the official language of the foreign state;

4. For each defendant, two (2) copies of Plaintiff's offer to arbitrate this matter together with translations of same into Farsi, the official language of the foreign state; and

Monday, January 22, 2018
Page 2 of 2

    5.    Two (2) copies of the FSIA, the statute under which this lawsuit is brought, one for each of the defendants.

We respectfully request that all of the necessary steps be administered so that these materials and cover letter be dispatched in the enclosed prepaid DHL packages.

Likewise, after this package has been dispatched, we respectfully request that the appropriate docket entry be made.

Thank you very much for your help. If you have any questions or concerns, I can be reached at 214.295.1008 ext. 7. Your call is always welcome.

Respectfully,

Michael Fitzgerald
Managing Paralegal